UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | |
| ELIU LORENZANA CORDON | * | Criminal No. 03-331(CKK)<br>(Under Seal) |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, as retained counsel of record for ELIU LORENZANA CORDON in the above captioned case.

Respectfully submitted,

By: _____/s/_____
Manuel J. Retureta
Bar # 430006
601 Pennsylvannia Ave.NW
Washington, DC 20001
202-220-3073

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system or via facsimile.

_____/s/_____
Manuel J. Retureta