## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br>　　v.<br>ELIU LORENZANA-CORDON (13),<br>　　Defendant. | Criminal Action No. 03-cr-331-13 (CKK) |

**ORDER**
(November 1, 2017)

The Court held a hearing in this criminal action on November 1, 2017 in order to sentence the Defendant.  The Court began the sentencing, but at the time for Defendant's allocution, Defendant—speaking on his own behalf—raised a number of issues regarding his trial and sentencing that need to be considered and resolved.  The Court will accordingly continue Defendant's sentencing until these issues have been resolved.  Both parties shall file pleadings with the Court by no later than **December 1, 2017** addressing the issues raised by Defendant at today's hearing.  Both parties can then file responses to each other's pleadings by no later than **January 8, 2018**.

　　The Court will also **ORDER** the Court's Interpreting Service to provide an interpreter to assist Defendant and his counsel in their meetings preparing these pleadings.  Defense counsel has indicated that he will also be seeking a translation of the pre-sentence report.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge