# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-3019**  **September Term, 2020**

1:03-cr-00331-CKK-14
1:03-cr-00331-CKK-13

**Filed On: September 8, 2020** [1860348]

United States of America,

    Appellee

    v.

Eliu Elixander Lorenzana-Cordon,

    Appellant

------------------------------

Consolidated with 18-3033

## M A N D A T E

In accordance with the judgment of January 31, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed January 31, 2020